
Case 4:16-cr-00132-A   Document 286   Filed 06/15/16   Page 1 of 4   PageID 672

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL BARRETT<br>a/k/a "Motorcycle Mike"  (20)<br>JERRY DUARTE<br>a/k/a "Mex Jerry"  (21)<br>HOLLY LEANNE FRANTZEN  (22)<br>JAKE LINDSEY HARDIN<br>a/k/a "Cash"  (23)<br>MICHAEL CLAY HEASLET<br>a/k/a "Whisper"  (24)<br>NICOLE CYNTHIA HERRERA<br>a/k/a "Nikki Single"  (25)<br>MEGAN KEMP  (26)<br>JOSHUA JAMES MILSON<br>a/k/a "Knucklehead"  (27)<br>JOE DARRELL PIERCE  (28)<br>TRAE SHORT<br>a/k/a "Twig"  (29)<br>SHAUNA LYNN VICKERS  (30)<br>ADRIAN BLAIR WALLACE  (31) | Case No. 4:16-CR-132-A<br>**(Supersedes Indictment returned on June 7, 2016 adding defendants 20-31 only)**<br><br> |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Michael Barrett**, also known as Motorcycle Mike,

**Second Superseding Indictment - Page 1**

**Jerry Duarte**, also known as Mex Jerry, **Holly Leanne Frantzen**, **Jake Lindsey Hardin**, also known as Cash, **Michael Clay Heaslet**, also known as Whisper, **Nicole Cynthia Herrera**, also known as Nikki Single, **Megan Kemp**, **Joshua James Milson**, also known as Knucklehead, **Joe Darrell Pierce**, **Trae Short**, also known as Twig, **Shauna Lynn Vickers** and **Adrian Blair Wallace**, along with Tonya Blackwood, Rachel Adams and Matthew Rutledge, not named as defendants herein, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

FORT WORTH _____ FOREPERSON

Filed in open court this 15th day of June, 2016.

------------------------------------------------------------------------

**Defendants 20, 24, 29 & 31 in Federal Custody. Warrants to issue for defendants 21-23, 25-28 & 30.**

------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
4:16-MJ-162 (24)(29); 4:16-MJ-163 (25)(27); 4:16-MJ-166 (20)(26)(28); 4:16-MJ-167 (21)(30)(31); 4:16-MJ-169 (22)(23)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MICHAEL BARRETT (20)
a/k/a "Motorcycle Mike"
JERRY DUARTE (21)
a/k/a "Mex Jerry"
HOLLY LEANNE FRANTZEN (22)
JAKE LINDSEY HARDIN (23)
a/k/a "Cash"
MICHAEL CLAY HEASLET (24)
a/k/a "Whisper"
NICOLE CYNTHIA HERRERA (25)
a/k/a "Nikki Single"
MEGAN KEMP (26)
JOSHUA JAMES MILSON (27)
a/k/a "Knucklehead"
JOE DARRELL PIERCE (28)
TRAE SHORT (29)
a/k/a "Twig"
SHAUNA LYNN VICKERS (30)
ADRIAN BLAIR WALLACE (31)

---

SECOND SUPERSEDING INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

---

A true bill rendered