IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-CR-132-A |
| CHARLES BEN BOUNDS et al | |

## GOVERNMENT'S NOTICE OF INTENT TO USE AUDIO/VIDEO EVIDENCE

The Government intends to use at trial the following audio/video evidence, and/or a transcript of such evidence:

1. Various audio recordings (and transcripts thereof) of jail calls/visitations of Roger Langston.

2. Various audio recordings (and transcripts thereof) of jail calls/visitations of Amanda Chaberlain.

3. Various audio recordings (and transcripts thereof) of jail calls/visitations of Billy Skaggs.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ _____
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX   76102-6897
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

This is to certify that on the 12th day of July, 2016, a true and correct copy of the foregoing was served on opposing counsels.

/s/ _____
SHAWN SMITH
Assistant United States Attorney