AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

V.

HOLLY LEANNE FRANTZEN

**EXHIBIT AND WITNESS LIST**

Case Number: 4:16-CR-132-A(22)

| PRESIDING JUDGE  John McBryde | PLAINTIFF'S ATTORNEY  Jay Weimer for Shawn Smith | DEFENDANT'S ATTORNEY  Melinda Lehmann |
|---|---|---|
| TRIAL DATE (S)  Rearraignment Hearing 07/29/2016 | COURT REPORTER  Debbie Saenz | COURTROOM DEPUTY  Fleather Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 22 | 7/29/2016 | Yes | Yes | Govt Exh. 1 Admitted. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 29 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages