# NORTHERN DISTRICT OF TEXAS
## Fort Worth DIVISION

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Shawn McRoberts |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:16-CR-132-A  DEFT NO.22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Megan Fahey for<br>SHAWN SMITH, AUSA |
| v. | § § § | |
| HOLLY LEANNE FRANTZEN<br>Defendant's Name | § | MELINDA J. LEHMANN, APPOINTED<br>Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: December 23, 2016
Hearing Type: ✔ Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary
Time in Court: 29 mins.
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered ☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge) ☐ Mistrial ✔ Settled/Guilty Plea ☐ None
Days in Trial: _____
Hearing Concluded: ✔ Yes ☐ No

✔ .. Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _200_ months.
✔ .. Deft. placed on: Supervised Released for 4 years.
☐ .. Restitution ordered in the amount of $_____ and/or ☐ Fine imposed in the amount of $_____.
☐ .. Count(s) _____ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
✔ .. $100.00 special assessment on Count(s)_1_
of ☐ Complaint ✔ 2ND Superseding Indictment ☐ Information ☐ Indictment ☐ Superseding Information.

☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked.
✔ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft ORDERED into custody. ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 23 2016
CLERK, U.S. DISTRICT COURT

✔ OTHER PROCEEDINGS/INFORMATION: **Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.**