IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOLLY LEANNE FRANTZEN, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-509-A |
| | § | (NO. 4:16-CR-132-A) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Consistent with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the motion of movant, Holly Leanne Frantzen, for compassionate release be, and is hereby, denied.

SIGNED May 19, 2020.

JOHN McBRYDE
United States District Judge